UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANABELL ACEVEDO DURAN,<br><br>Defendant. | CASE NO.:   21CR2481-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |

Good cause appearing and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for October 8, 2021 at 1:30 p.m., be continued to December 10, 2021 at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by October 15, 2021.

For the reasons set forth in the joint motion, it is further ordered that the time between October 8, 2021 and December 10, 2021, is excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated:  October 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge